# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DUANE JACOBS, an individual, CAROLYN SUE JACOBS, an individual, JMJ LAND, LLC, a Nebraska limited liability company, LARUE KAY MARSHALL, an individual, and HAROLD DEAN MARSHALL, an individual,** | ) ) ) ) ) ) ) ) | |
| | ) | 8:11CV106 |
| **Plaintiffs,** | ) ) | |
| V. | ) ) | |
| | ) | ORDER |
| **PT HOLDINGS, Inc., a Nebraska corporation, LAWRENCE J. VOLF, an individual, GEORGE MCFADDEN, an individual, LARRY A. BAKER, an individual, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver and/or conservator of Sherman county Bank,** | ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiffs' Motion for Permission to Restrict (filing 19). Plaintiffs request that this court restrict access to Exhibits 1 and 2 to Plaintiffs' Evidence Index (filing 18) for the reason that they contain personal information which should have been redacted. Plaintiffs' motion will be granted, in part.

**IT IS ORDERED:**

1. Plaintiffs' Motion for Permission to Restrict (filing 19) is granted, in part.

2. The Clerk of Court shall strike Plaintiffs' Evidence Index (filing 18) from the record and filing 18 shall be placed under seal.

3.  By or before June 10, 2011, Plaintiffs shall file an amended evidence index and attach properly redacted evidence.

**DATED June 3, 2011.**

                                              **BY THE COURT:**

                                              S/ F.A. Gossett
                                              **United States Magistrate Judge**