# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DUANE JACOBS, et al.,** ) | |
| ) | **8:11CV106** |
| **Plaintiffs,** ) | |
| ) | **ORDER** |
| **v.** ) | |
| ) | |
| **PT HOLDINGS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the Suggestion in Bankruptcy (Filing No. 25) filed by the plaintiff JMJ Land, LLC, stating it filed a Voluntary Petition for Bankruptcy under Chapter 12 of Title 11 on February 4, 2011. The filing was made in the District of Nebraska and is designated BK11-40267. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case and any pending motions shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

**DATED this 17th day of June, 2011.**

                                                     **BY THE COURT:**

                                               **S/ F.A. Gossett**
                                             **United States Magistrate Judge**