IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DUANE JACOBS, CAROLYN SUE JACOBS, JMJ LAND, LLC, LARUE K. MARSHALL, and HAROLD DEAN MARSHALL, | CASE NO. 8:11CV106 |
| Plaintiffs, | MEMORANDUM AND ORDER |
| vs. | |
| PT HOLDINGS, INC., GEORGE McFADDEN, LARRY A. BAKER, FEDERAL DEPOSIT INSURANCE CORPORATION as receiver for SHERMAN COUNTY BANK, LAWRENCE J. VOLF, | _____ CASE NO. BK11-40267 - TLS A11-04068-TLS |
| Defendants. | CH. 12 |
| IN THE MATTER OF: | |
| JMJ LAND, LLC, | |
| Debtor. | |

This matter is before the Court on the Report and Recommendation of U.S. Bankruptcy Court Chief Judge Thomas L. Saladino (Filing No. 27) recommending that this Court withdraw the reference of this matter to the bankruptcy court. No objections have been filed to the Report and Recommendation under Federal Rule of Bankruptcy Procedure 9033(b).

The Court finds that under 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 9033(d), and for good cause shown, that the Report and Recommendation should be adopted.

IT IS ORDERED:

1. The Report and Recommendation of U.S. Bankruptcy Court Chief Judge Thomas L. Saladino (Filing No. 27) is adopted;

2. The Order of Reference (Filing No. 26) to the U.S. Bankruptcy Court for the District of Nebraska is withdrawn; and

3. This case shall be progressed by U.S. Magistrate Judge F.A. Gossett.

DATED this 22nd day of August, 2011.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge