# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DUANE JACOBS**, an individual; **CAROLYN SUE JACOBS**, an individual; **JMJ LAND, LLC**, a Nebraska limited liability company; **LARUE K. MARSHALL**, an individual; and **HAROLD DEAN MARSHALL**, an individual, | ) ) ) ) ) ) ) ) | **CASE NO. 8:11CV106** |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) ) | |
| **PT HOLDINGS, Inc.**, a Nebraska corporation; **GEORGE MCFADDEN**, an individual; **LARRY A. BAKER**, an individual; **FEDERAL DEPOSIT INSURANCE CORPORATION**, in its capacity as receiver and/or conservator of Sherman County Bank; and **LAWRENCE J. VOLF**, an individual, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| **IN THE MATTER OF:** **JMJ LAND, LLC,** | ) ) ) ) | **CASE NO. BK11-40267-TLS** **A11-4184-TLS** |
| Debtor. | ) ) | **CH. 12** |

This matter is before the Court on the Report and Recommendation of U.S. Bankruptcy Court Chief Judge Thomas L. Saladino (Filing No. 40) recommending that this Court withdraw the reference of Case No. A11-4184-TLS to the bankruptcy court and consolidate it with Case No. 8:11CV106. No objections have been filed to the Report and Recommendation under Federal Rule of Bankruptcy Procedure 9033(b).

The Court finds that under 28 U.S.C. § 157(d) and Federal Rule of Bankruptcy Procedure 9033(d), and for good cause shown, that the Report and Recommendation should be adopted.

IT IS ORDERED:

1. The Report and Recommendation of U.S. Bankruptcy Court Chief Judge Thomas L. Saladino (Filing No. 40) is adopted;

2. The reference of Case No. A11-4184-TLS to the Bankruptcy Court shall be withdrawn; and

3. Case No. A11-4184-TLS shall be consolidated with Case No. 8:11CV106, and shall progress in this Court.

DATED this 28th day of November, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge