## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DUANE JACOBS, an individual, CAROLYN SUE JACOBS, an individual, JMJ LAND, LLC, a Nebraska limited liability company, LARUE KAY MARSHALL, an individual, and HAROLD DEAN MARSHALL, an individual, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:11CV106 |
| V. | ) ) | |
| PT HOLDINGS, Inc., a Nebraska corporation, LAWRENCE J. VOLF, an individual, GEORGE MCFADDEN, an individual, LARRY A. BAKER, an individual, and FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver and/or conservator of Sherman county Bank, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

By order dated December 16, 2011 (filing 42), Claims One (Fraudulent Transfer Against FDIC), Four (Equitable Subordination Against FDIC), Five (Accounting Against FDIC) and Six (Defensive Declaratory Judgment/Affirmative Defenses to FDIC's Nonjudicial Foreclosure Action) in Plaintiffs' Complaint (filing 1) were dismissed from the Complaint with prejudice. In light of this ruling, Plaintiffs' Motion for Leave to File Amended Complaint (filing 33) will be denied without prejudice to reassertion.

**IT IS ORDERED** that Plaintiffs' Motion for Leave to File Amended Complaint (filing 33) is denied without prejudice to reassertion. The Clerk of Court shall mail a copy of this order to the pro se parties in this action.

**DATED December 30, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**